BENJAMIN GLATZER AND DOMINICK PITEO, PLAINTIFFS-APPELLANTS, v. JOHN ARMELLINO, DEFENDANT-RESPONDENT.

Argued March 2, 1964—Decided March 16, 1964.

*Mr. Sydney I. Turtz* argued the cause for appellants.

*Mr. Samuel L. Hirschberg* argued the cause for respondent.

PER CURIAM. The judgment is affirmed. *Ahto v. Weaver,* 39 *N. J.* 418 (1963).

*For affirmance* — Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.